IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 2/A2418577:78

UNITED STATES OF AMERICA

    Plaintiffs,

v.

SUSAN M. HUBBARD,

    Defendant.

---

### ORDER RE: MOTION TO QUASH BENCH WARRANT

---

THIS MATTER having come before the Court on Defendant's Motion to Quash Bench Warrant and the Court having read the Motion, reviewed the file, and being fully apprised of the premises,

DOES HEREBY ORDER:

[X] That the bench warrant currently pending on said matter is hereby quashed and the matter ~~shall be set accordingly~~; is Reset To 1-16-08 at 10am.

[ ] That the matter be set for hearing on Defendant's Motion to Quash Bench Warrant on _____.

DONE THIS 13TH day of December, 2007

BY THE COURT:

_____
~~Senior U.S. District Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing ORDER was mailed this _14th_ day of _December_, 2007, postage prepaid and addressed as follows:

Assistant U.S. Attorney
~~Clay A. Compton~~ *Capt. Jonathan Persons*
Office of the Staff Judge Advocate, *7086 Albanese Loop*
Fort Carson, CO 80913 - *4303*

Mark S. Hanchey, Esq.
429 S. Cascade Avenue
Colorado Springs, CO 80903


Clerk of the Court

BY: _____
Deputy Clerk